IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-03007-WJM-KMT

CECILIA SALDANA,

    Plaintiff,

v.

FIRST NATIONAL COLLECTION BUREAU, INC., a Nevada corporation,

    Defendant.

---

NOTICE OF SETTLEMENT

---

    COMES NOW the parties by and through their undersigned counsel of record and for their Notice of Settlement, hereby state as follows:

1. The Plaintiff and the Defendant have reached a settlement.

2. The Parties will be filing a Stipulation of Dismissal with Prejudice with each party to pay its own attorney's fees and costs once the Plaintiff has received the settlement funds. The parties expect this to happen by January 17, 2014.

Dated: December 27, 2013.

Respectfully Submitted,

| | |
|---|---|
| s/ David M. Larson | s/ James R. Bedell |
| David M. Larson, Esq. | James R. Bedell, Esq. |
| 88 Inverness Circle East, Suite I-101 | Moss & Barnett, PA |
| Englewood, CO 80112 | 4800 Wells Fargo Center |
| Telephone: (303) 799-6895 | 90 South 7th St. |
| Attorney for Plaintiff | Minneapolis, MN 55402 |
| | Telephone: (612) 877-5000 |
| | Attorney(s) for Defendant |