# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-03007-WJM-KLM

CECILIA SALDANA,

    Plaintiff,

v.

FIRST NATIONAL COLLECTION BUREAU, INC., a Nevada corporation,

    Defendant.

---

## STIPULATION OF DISMISSAL WITH PREJUDICE
---

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties hereto, by their respective undersigned attorneys of record pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii) that the above-entitled action has been settled and the parties hereby stipulate to its dismissal on its merits with prejudice with each party to pay her or its own attorney's fees and costs, and request that a judgment of dismissal with prejudice and on the merits be entered in the above entitled action pursuant hereto.

Dated: January 3, 2014

Respectfully submitted,

| | |
|---|---|
| _s/ David M. Larson_____ | __s/ James R. Bedell_____ |
| David M. Larson, Esq. | James R. Bedell, Esq. |
| 88 Inverness Circle East, Suite I-101 | Moss & Barnett, PA |
| Englewood, CO 80112 | 4800 Wells Fargo Center |
| Telephone: (303) 799-6895 | 90 South 7th St. |
| Attorney for Plaintiff | Minneapolis, MN 55402 |
| | Telephone: (612) 877-5000 |
| | Attorney(s) for Defendant |